# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

Willie J. Anderson                                                **PLAINTIFF**

**VS.**                          **CASE NO.**  3:14-cv-00142 DPM

Roberts McNutt Roofing and Waterproofing et al.                  **DEFENDANT**

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint.  Therefore, the Application is hereby granted.

IT IS SO ORDERED this ___4___ day of ____June_____, 20 14 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK


By: _/s/ Jake A. Kornegay_____
        Deputy Clerk