IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE J. ANDERSON                                                    PLAINTIFF

v.                          No. 3:14-cv-142-DPM

ROBERTS MCNUTT ROOFING
AND WATERPROOFING and
CITY OF TRUMANN                                                      DEFENDANTS

### ORDER

Anderson recently filed a complaint; he alleges violations of Title VII, but has filed a § 1983 complaint form. № 1 at 3-6. The Court notes that Anderson is incarcerated at the Craighead County Detention Facility. The Court therefore directs the Clerk to send Anderson an application to proceed *in forma pauperis* and a Title VII complaint form.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2014