IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE J. ANDERSON                                  PLAINTIFF

v.                    No. 3:14-cv-142-DPM

ROBERTS MCNUTT ROOFING
AND WATERPROOFING and
CITY OF TRUMANN                             DEFENDANTS

### ORDER

1. Mail to Anderson continues to come back. № 4 & 5. The Court directs the Clerk to try again at the two addresses listed in the papers, № 1 at 3 & № 1 at 5. Please send Anderson a copy of this Order, a copy of the earlier Order, № 3, an application to proceed *in forma pauperis*, and a Title VII complaint form.

2. Anderson must either pay the $400.00 filing fee, or file a completed *IFP* form, by 30 July 2014. If he does not do one or the other, his complaint will be dismissed without prejudice. Anderson must also keep a current address on file with the Court. If the mailing problems are not resolved by 30 July 2014, the Court will dismiss the case without prejudice.

3. The Court directs the Clerk to amend the docket sheet. The four individuals listed in № 1 at 3 should be added as co-defendants.

4. One of the co-defendants is Rick Miles. I attend church with him and we serve together as deacons. A reasonable person might doubt my impartiality in resolving the merits of Anderson's claims against Miles. I therefore recuse. The Clerk must reassign this case at random.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 July 2014