IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE J. ANDERSON                                                                                    PLAINTIFF
ADC # 115769

v.                          CASE NO. 3:14CV00142 BSM

ROBERTS MCNUTT ROOFING
AND WATERPROOFING et al.                                                                     DEFENDANTS

## ORDER

Plaintiff Willie Anderson is directed to file a copy of his EEOC charge of discrimination within 30 days from the date of this order so that service may be ordered upon the appropriate defendants.

IT IS SO ORDERED this 25th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE