**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WILLIE J. ANDERSON**                                                                                    **PLAINTIFF**

v.                                             **CASE NO: 3:14CV00142 BSM**

**ROBERTS MCNUTT ROOFING
AND WATERPROOFING et al.**                                                               **DEFENDANTS**

## ORDER

On August 25, 2014, plaintiff Willie Anderson was directed to file a copy of his EEOC charge of discrimination within 30 days so that service could be ordered upon the appropriate defendants. *See* Doc. No. 21. Anderson timely complied and service is appropriate. *See* Doc. No. 24. Due to an oversight, service was not ordered and defendants have not been served. Accordingly, the clerk is directed to prepare summons for defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint [Doc. No. 12] and summons on defendants without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 23rd day of January 2015.

_____
UNITED STATES DISTRICT JUDGE